In the Matter of DELANO BROWN, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted July 13, 2009; decided September 15, 2009

Reported below, 2009 NY Slip Op 74919(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of KIM M. CAGLE, as Administrator of the Estate of JOHN R. CAGLE, Deceased, Appellant, v JUDGE MOTOR CORPORATION et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 29, 2009; decided September 15, 2009

Reported below, 60 AD3d 1118.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ROBERT VERLE CASE, Appellant, v CAYUGA COUNTY et al., Respondents, et al., Defendants.

Submitted July 6, 2009; decided September 15, 2009

Reported below, 60 AD3d 1426.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.